United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NANCY ACHELEKE ANYIANJONG, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00334 |
| | § | |
| WARDEN, EL VALLE DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner's "Writ of Habeas Corpus under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition"), Respondents' "Motion for Summary Judgment and Response to Petitioners Petition for Writ of Habeas Corpus" (Dkt. No. 17) ("Motion for Summary Judgment"), and Petitioner's "Motion to Expedite Consideration of Petition for Writ of Habeas Corpus" (Dkt. No. 23) ("Motion to Expedite").

The Report and Recommendation was published on September 30, 2026, and objections to the Report and Recommendation were due on October 14, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 4) is **ADOPTED**. Thus, Plaintiff's Petition (Dkt. No. 1) is **DENIED**. Respondent's Motion for Summary Judgment (Dkt. No. 17) and Petitioner's Motion to Expedite (Dkt. No. 23) are **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this October 27, 2026

Rolando Olvera
United States District Judge